UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VILLEGAS,<br><br>    Plaintiff,<br><br>  v.<br><br>KASH PETROLEUM, INC., a California Corporation<br><br>    Defendants. | Case No.: 3:22-cv-00356-CRB<br><br>**ORDER [proposed]** |

    The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: _____     _____
                                  HONORABLE CHARLES R. BREYER
                                  United States District Judge